IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:CR-03-251-05** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL MCKINNON** | : | |

## O R D E R

On June 14, 2010, Defendant filed a motion pursuant to 28 U.S.C. § 2255 along with a supporting brief, a motion for leave to file a brief in excess of the page limitations set forth in Local Rule 7.8(B)(2) (doc. 665), and a motion to stay pending the outcome of two cases presently before the Supreme Court (doc. 667).

Upon consideration thereof, **IT IS HEREBY ORDERED THAT**:

1) The motion to stay (doc. 667) is **DENIED**.

2) The motion for leave to file a brief in excess of the page limitations (doc. 665) is **GRANTED**.

3) By separate order, this court will advise Petitioner of the limitations on filing motions under 28 U.S.C. § 2255.

                                                      s/Sylvia H. Rambo
                                                      United States District Judge

Dated: June 21, 2010.