UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 09-3372
_____

UNITED STATES OF AMERICA
Appellee

v.

MICHAEL McKINNON,
Appellant

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 03-cr-0251)
District Judge: Honorable Sylvia H. Rambo

_____

Submitted Under Third Circuit L.A.R. 34.1(a),
May 21, 2010

Before: FUENTES, HARDIMAN and NYGAARD, Circuit Judges.

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on May 21, 2010. On consideration whereof, it is now hereby

-1-

ORDERED and ADJUDGED by this Court that the order of the District Court entered on July 31, 2009, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron, Clerk

Dated: June 28, 2010