United States District Court
MIDDLE DISTRICT OF PENNSYLVANIA

Michael McKinnon,
    Petitioner

**Acknowledgment of Service on The United States Attorney**

V.

1:03-CR-0251-05

Judge Sylvia H. Rambo

United States of Americ
    Respondents

---

    Pursuant to the Twentieth Amended Designation for Service of Process and Federal Rule of Civil Procedure 4(I), I ☒ Susan Melendez; ☐ Phyllis Mitchell; ☐ Naomi Losch; ☐ Mark Morrison; acknowledge receipt of the following documents:

I _Susan Melendez_, acknowledge receipt of the following
    (Please print name)

documents:

**Order to Show Cause dated September 20, 2010 with:**

☐ **Petition for Writ of H/C.**
**X Motion to Vacate (2255)**

(Please check a box)

September 20, 2010

_____
Signature

---

I, Mark Armbruster, certify that I served the above listed documents on the signed recipient on September 20, 2010