# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL MCKINNON,

        Petitioner,

vs.                                Docket No.: 1:03-CR-00251-SHR-5
                                       (Judge Rambo)

UNITED STATES OF AMERICA,

        Respondent.
_____/

## NOTICE OF FILING ADDITIONAL
## SWORN AFFIDAVITS

    Comes, Now Michael McKinnon with this Notice of Filing Additional Affidavits in support of his Title 28 U.S.C. § 2255.

    WHEREFORE, Petitioner respectfully prays this Honorable Court file the attached affidavits in support of the legal arguments before the pending Title 28 U.S.C. § 2255 petition.

    Done this 6th day of October 2010

                                                Respectfully submitted,

                                                /s Michael McKinnon
                                                Michael McKinnon
                                                Reg. # 27735-083
                                                MCFP Springfield
                                                Medical Center/Federal Prisoners
                                                P.O. Box 4000
                                                Springfield, MO 65801

## CERTIFICATE OF SERVICE

     I HEREBY DO CERTIFY, that a true and correct copy of this pleading was mailed to: Christy Fawcet, 228 Walnut Street, 2nd Floor, P.O. Box 11754, Harrisburg, PA 17108.

     Done this 6th day of October 2010

                                            Respectfully submitted,

                                            /s Michael McKinnon
                                            Michael McKinnon
                                            Reg. # 27735-083
                                            MCFP Springfield
                                            Medical Center/Federal Prisoners
                                            P.O. Box 4000
                                            Springfield, MO  65801

# AFFIDAVIT / DECLARATION OF RAYMOND JONES

I, Raymond Jones, AKA "Ray", AKA "Dog", do hereby certify that I am competent to state the matters included in this affidavit / declaration, have knowledge of the facts contained herein and declare that to the best of my knowledge that the statements opinionated in this affidavit / declaration are true, correct, certain, complete, and not meant to mislead and hereby make these statements of facts in accordance with the laws of the United States under penalty of perjury pursuant to [ Title 28 U.S.C. 1754 (1) ].

1. I am Raymond Jones, number 11681-067. I am currently incarcerated at U.S.P. Lewisburg Camp.

2. I have never seen Michael Mckinnon with crack cocaine or powder cocaine since his release from prison in May of 2001. I have only seen him with small amounts of marijuana of which to my understanding was of his personal use.

3. I was a personal friend of Michael Mckinnon and seen him on a regular basis.

4. I have never instructed, suggested or mentioned to anyone including Baron Mckinney AKA "Lil B", to contact in any fashion, Michael Mckinnon for the purpose of buying, selling or storing narcotics in any form.

5. I have never witnessed or have been in the company of Michael Mckinnon while he met with Richard Roberson (AKA "Rick Ro") in any way shape or form. I have never witnessed Michael Mckinnon buy or sell narcotics of any kind to Richard Roberson (AKA "Rick Ro").

6. I have never had any type of conversation with Michael Mckinnon concerning any aspect of laundering money. I have never heard or witnessed, any type of conversation with Michael Mckinnon suggesting laundering money.

7. I purchased vehicles from cars on credit for my own personal enjoyment and benefit.

8. There was no attempt on my part to launder any money. I purchased vehicles for my personal benefit only.

9. I personally witnessed Michael Mckinnon by exotic marijuana (purple haze) from "Nick" that was delivered in a small bag.

10. I alone instructed Larry Whitaker to break into Don's Towing in an attempt to retrieve money that was left in a vehicle I was driving. Michael Mckinnon had nothing to do with that situation.

11. If questioned properly at Michael Mckinnon's trial I would have testified to the aforementioned facts.

12. I would testify in any court forum in support of the statements (1-12) included in this

affidavit / declaration and welcome the opportunity to do so.

    I, Raymond Jones , do hereby certify that the statements contained in this affidavit/declaration, were voluntarily submitted, without coercion, and are true, correct, complete, certain, and not meant to mislead, submitted in accord with the laws of the United States under penalty of perjury pursuant to [ Title 28 U.S.C. 1746 (1)

                                               Raymond Jones

    Subscribed and sworn to before me, a Notary Public, on this _____ day of March, 2008, who's identity is well known or proved to me, signed and sealed the foregoing affidavit, and acknowledged the same to be his free act and deed.

Notary Public _____ My Commission Expires 6/27/2010

```
STATE OF CALIFORNIA        )
                           )    AFFIDAVIT OF
COUNTY OF SAN BERNADINO    )    KENNETH HENDERSON
                           )
```

I, Kenneth Henderson, AKA "Locke", do hereby certify that I am competent to state the matters included in this affidavit, have knowledge of the facts contained herein and declare that to the best of my knowledge that the statements declared in this affidavit are True, Correct, Certain, Complete, and not meant to mislead and hereby make these statements of facts in accordance with the laws of the United States under penalty of perjury pursuant to [Title 28 U.S.C. 1746].

1. I am Kenneth Henderson, register number 11978-067 currently incarcerated in the Bureau of Prisons.

2. I have never purchased narcotics from Michael McKinnon.
   I have never sold narcotics to Michael McKinnon.

3. I have never witnessed Michael McKinnon with narcotics in any form.

4. I have never purchased a vehicle from Michael McKinnon.
   I have never had a conversation pertaining to purchasing vehicles with Michael McKinnon.

5. I purchased vehicles for my own personal benefit and not to launder any money.

6. I was not brought to Harrisburg by Michael McKinnon from New York City.

7. I was not a mutual friend or aquaintance of Michael McKinnon, while in Harrisburg, PA, or New York City.

8. I was not directed to Cars on Credit by Michael McKinnon. I did not personally know Michael McKinnon while in Harrisburg, Pennsylvania or anywhere else. To the best of my knowledge, Michael McKinnon did not know any of my associates.

9. To the best of my knowledge Michael McKinnon did not know Norman Thomas (AKA "Boo").

10. To the best of my knowledge, Michael McKinnon has never had any involvement with narcotics with Norman Thomas (AKA "Boo").

11. To the best of my knowledge, Michael McKinnon did not refer Norman Thomas (AKA "Boo") to Cars on Credit.

12. To the best of my knowledge, Michael McKinnon has never sold Norman Thomas a vehicle.

13. If I had been interviewed by Michael McKinnon's trial attorney, I would have attested to the foregoing facts.

I, Kenneth henderson, do hereby certify that the statements contained in this affidavit, were voluntarily submitted, without coercion, and are True, Correct, Complete, Certain, and not meant to mislead, submitted in accord with the laws of the United States under penalty of perjury pursuant to [Title 28 U.S.C. 1746].

*Kenneth Henderson*
Kenneth Henderson

Subscribed and sworn to before me, a Notary Public, on this 6 day of February, 2008, who's identity is well known or proved to me, signed and sealed the foregoing affidavit, and acknowledged the same to be his free act and deed.

Notary Public _____ **AUTHORIZED BY THE ACT OF JULY 7, 1955, TO ADMINISTER OATHS (18 USC 4004)**
My Commission Expires _____

*C. Murloh, Unit Mgr
Federal Bureau of Prison
USP Victorville, CA.*

Michael McKinnon
Reg # 27735-083
MCFP Springfield
Medical Center / federal prisoners
PO Box 4000
Springfield, MO 65801

RECEIVED
HARRISBURG, PA
OCT 12 2010
MARY E. D'ANDREA, CLERK
Per

Clerk of Court
U.S. District Court
228 Walnut Street
PO Box 983
Harrisburg, PA 17108