IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | NO. 1:03-CR-251-05 |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHAEL McKINNON** | ) | |
| | ) | |

## O R D E R

**AND NOW,** this 27th day of December, 2010, upon consideration of the motion of the United States to file an oversized response to Defendant's motion to vacate judgment pursuant to 28 U.S.C. § 2255, it appearing that there are adequate grounds therefor, it is hereby **ORDERED** that the motion is **GRANTED,** and the Clerk shall accept for filing the oversized response.

                                                  __s/Sylvia H. Rambo___
                                                  SYLVIA H. RAMBO
                                                  United States District Judge