# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:03-CR-251-05 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL McKINNON | ) | |
| | ) | |

## O R D E R

**AND NOW**, this 27th day of December, 2010, upon consideration of the motion of the United States for leave to file its response to Defendant's motion to vacate judgment pursuant to 28 U.S.C. § 2255 out of time, it appearing that there are adequate grounds therefor, it is hereby **ORDERED** that the motion is **GRANTED**, and the government's response is filed as of today's date.

```
                              __s/Sylvia H. Rambo__
                              SYLVIA H. RAMBO
                              United States District Judge
```