IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : CRIMINAL NO. 1:CR-03-251-05
:
v. :
:
**MICHAEL MCKINNON** :

## **O R D E R**

Before the court is Defendant's motion for an extension of time to file a reply brief to his motion filed pursuant to 28 U.S.C. § 2255. Upon consideration thereof, **IT IS HEREBY ORDERED THAT** the motion for extension of time (doc. 696) is **GRANTED**. Defendant shall have until February 9, 2011 in which to file a reply.

                                      s/Sylvia H. Rambo
                                      United States District Judge

Dated: January 10, 2011.