IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **CRIMINAL NO. 1:CR-03-251-05**
:
**v.** :
:
**MICHAEL MCKINNON** :

## **O R D E R**

Petitioner McKinnon's reply brief to the Government's opposition to his motion filed pursuant to 28 U.S.C. § 2255 was due on February 17, 2011. Petitioner filed his reply brief on February 28, 2011. On March 7, 2011, Petitioner filed a motion to file his reply brief out of time. Upon consideration thereof, **IT IS HEREBY ORDERED THAT** the motion is granted and Petitioner's reply brief filed February 28, 2011 is deemed timely filed.

s/Sylvia H. Rambo
United States District Judge

Dated: March 7, 2011.