IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:CR-03-251-05** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL MCKINNON** | : | |

# **O R D E R**

Before the court is McKinnon's August 15, 2011, motion for leave to proceed *in forma pauperis* on appeal (doc. 707) and notice of appeal (doc. 708). On May 26. 2011, this court denied McKinnon's petition for writ of habeas corpus and declined to issue a certificate of appealability (doc. 703). By order dated June 30, 2011, this court denied McKinnon's motion for reconsideration (doc. 706).

Accordingly, **IT IS HEREBY ORDERED THAT** McKinnon's motion for leave to proceed *in forma pauperis* is denied and this court continues to decline a certificate of appealability.

                                                  s/Sylvia H. Rambo
                                                  United States District Judge

Dated: August 16, 2011.