IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 1:03-CR-00251-05 |
| v. | : |
| | : (Judge Rambo) |
| MICHAEL MCKINNON | : |

## ORDER OF COURT

AND NOW, this 14th day of March, 2012, upon consideration of the defendant's Motion Withdraw the Petition to Reduce Sentence Re: Amendment 750 Crack Cocaine Offense - 18:3582 [Doc. 721], **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The defendant's petition is hereby **WITHDRAWN.**

BY THE COURT:

s/Sylvia H. Rambo
UNITED STATES DISTRICT JUDGE