IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:03-cr-251-05** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL McKINNON** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

**AND NOW**, this 12th day of July, 2018, **IT IS HEREBY ORDERED** that the motion filed pursuant to Federal Rule of Civil Procedure 60(b) is **DENIED**.

The court declines to issue a certificate of appealability as it is without jurisdiction to address the merits of the claim.

                                                                 s/Sylvia H. Rambo
                                                                 SYLVIA H. RAMBO
                                                                 United States District Judge