IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **Crim. No. 1:03-cr-251**

**v.** :

**MICHAEL McKINNON** : **Judge Sylvia H. Rambo**

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that the motions to reduce sentence (Docs. 737, 749, 755, and 759) are **DENIED**.

It is further ordered that the motion for return of seized property (Doc. 739) is **DENIED**.

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: January 10, 2019