IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:03-cr-251** |
| **v.** | : | |
| **MICHAEL MCKINNON** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

For the reasons set forth in the accompanying memorandum of law, IT IS **HEREBY ORDERED** that the Motion for a Resentencing Hearing (Doc. 768) is **DENIED**.

                                            s/Sylvia H. Rambo
                                            s/Sylvia H. Rambo
                                            United States District Judge

Dated: March 30, 2020