IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :Crim. No. 1:03-CR-251-05 |
| | : |
| | : |
| **v.** | : |
| | : |
| **MICHAEL MCKINNON** | : Judge Sylvia H. Rambo |

## AMENDED ORDER

Before the court is the motion for compassionate release filed by Defendant Michael McKinnon ("Defendant" or "Mr. McKinnon"). (Doc. 793.) For the reasons outlined in the accompanying memorandum, the motion is hereby **GRANTED** in the following manner:

(1) Mr. McKinnon's motion for his filings to be placed under seal is hereby **GRANTED, NUNC PRO TUNC**.

(2) Mr. McKinnon's sentence of imprisonment is hereby reduced to time served.

(3) Upon his release, Mr. McKinnon is hereby **ORDERED** to serve the full duration of his supervised release according to the terms outlined in his original sentence.

(4) This order (other than the placement of earlier filings under seal) is stayed for up to fourteen days, for the verification of the residence of Mr. McKinnon's aunt, to make travel arrangements, and to ensure his safe release.

(5) The Bureau of Prisons is **ORDERED** to immediately test Mr. McKinnon for COVID-19.

(6) The Bureau of Prisons is **ORDERED** to release Mr. McKinnon as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made, and it is safe for Mr. McKinnon to travel.  If more than fourteen days are needed to make appropriate travel arrangements and ensure Mr. McKinnon's safe release, the parties shall immediately notify the court and show cause why the stay should be extended.

(7) Mr. McKinnon is **ORDERED** to provide the complete address where he will reside to the Middle District of Pennsylvania probation office.

(8) Mr. McKinnon is **ORDERED** to quarantine for a period of fourteen days upon release to his aunt's house and otherwise abide by the Center for Disease Control's continually updated instructions for COVID-19 safety precautions, including wearing a mask and maintaining social distancing.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: August 11, 2020